JS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJY STEPHEN WADE, | Case No. CV 19-04387 DOC (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DANIEL MOELLER, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED:  December 9, 2019

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE